

**ORDERED in the Southern District of Florida on May 18, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Angela Dawn McDonald Joyner,

      Debtor.

_____/

CASE NO: 26-15727-EPK
CHAPTER 13

**ORDER GRANTING EX-PARTE
MOTION FOR AN EXTENSION OF TIME TO FILE
SCHEDULES AND OTHER CHAPTER 13 DEFICIENCIES**

This matter came before the Court upon *DEBTOR'S EX PARTE MOTION FOR AN EXTENSION*

*OF TIME TO FILE SCHEDULES AND OTHER CHAPTER 13 DEFICIENCIES* [ECF No. 8] (the

"Motion") filed by Angela Dawn McDonald Joyner, (the "Debtor"). In the Motion, the Debtor

requests an extension of time to file schedules and other information required by 11 U.S.C. §

521(a).  Having considered the Motion, the Court ORDERS and ADJUDGES as follows:

    1. The Motion [ECF No. 8] is GRANTED to the extent provided herein.

    2. The Debtor shall have until **May 22, 2026** to file the following documents:

        a. Chapter 13 Plan;

b. Summary of Your Assets and Liabilities and Certain Statistical Information;

c. Schedules A-J;

d. Statement of Financial Affairs for Individuals Filing for Bankruptcy;

e. Declaration About an Individual Debtor's Schedules;

f. Chapter 13 Statement of Your Current Monthly Income and Calculation of

   Commitment Period;

g. Chapter 13 Calculation of Your Disposable Income; and

h. Declaration Regarding Payment Advices.

3. If the Debtor fails to file the above listed documents on or before **May 22, 2026**,

   the case shall be dismissed without further notice.

4. No further extensions shall be granted for any reason.

###

Submitted by:
Jeffrey S. Hochfelsen, Esq.
LAW OFFICE OF PAUL A. KRASKER, P.A.
1615 Forum Place, 5th Floor
West Palm Beach, Florida  33401
Email : jhochfelsen@kraskerlaw.com
Phone   (561) 328-2291
Fax     (561) 515-3904

*Jeffrey S. Hochfelsen, Esq. shall serve a confirmed copy of this Order on all parties in interest and file a certificate of service with the Court.*